**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | CR 05-945-001-PHX-FJM |
| v. | ) | |
| Gilbert Perez Peralta, Jr., | ) | ORDER OF DETENTION |
| Defendant. | ) | |

A detention and pretrial release revocation hearing for violation of pretrial release was held on July 10, 2006. Defendant, Gilbert Perez Peralta, Jr. appears with counsel Donna Elm and the government is represented by Roger Dokken.

Counsel for defendant submitted the matter on the record.

The Court finds by clear and convincing evidence that defendant has violated at least one of the conditions of his release. The Court also finds that defendant is unlikely to abide by any condition or combination of conditions to assure his appearance or protect the safety of the community.

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this 11th day of July, 2006.

Edward C. Voss
United States Magistrate Judge